**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 05-50004 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LEO LOSTON | MAGISTRATE JUDGE HORNSBY |

**ORDER**

Before the Court is a Motion to Allow State Sentence to Run Concurrent with Federal Sentence (Record Document 62) filed by the defendant, Leo Loston ("Loston"). Loston filed the instant motion seeking "the relief of allowing the Federal and State sentences to run at the same time." Id. at 1.

The Court has reviewed both the Presentence Investigation Report and its notes from the sentencing hearing. There is nothing in either to indicate that the Court intended for Loston's federal and state sentences to run concurrently. Likewise, the judgment is silent on this issue. See Free v. Miles, 333 F.3d 550, 553 (5th Cir.2003) (holding that when a federal judgment is silent with respect to whether sentences are to run concurrently or consecutively, the presumption is that they will run consecutively unless the court specifically orders that they run concurrently).

Accordingly,

**IT IS ORDERED** that the Motion to Allow State Sentence to Run Concurrent with Federal Sentence (Record Document 62) be and is hereby **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 1st day of July, 2009.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE